IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STANLEY L. COONS, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-cv-132-MHT |
| | ) | (WO) |
| DENNIS MEEKS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On March 24, 2010, the magistrate judge issued a recommendation (doc. 10) to which no timely objections were made. Upon an independent and de novo review of the record and upon consideration of the recommendation of the magistrate judge, it is the ORDER, JUDGMENT, and DECREE that:

1. The magistrate judge's recommendation (Doc. 10) is adopted..

2. Defendant Covington County Sheriff's Department and the claims against it are dismissed without prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

3. This case is referred back to the magistrate judge for additional proceedings.

DONE, this the 13th day of April, 2010.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE