IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

STANLEY L. COONS, JR.,           )
                                 )
    Plaintiff,                   )
                                 )
                                 )      CIVIL ACTION NO.
    v.                           )        2:10cv132-MHT
                                 )           (WO)
DENNIS MEEKS, Sheriff,           )
et al.,                          )
                                 )
    Defendants.                  )

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 26) is adopted as to plaintiff Stanley L. Coons, Jr.'s motion for summary judgment (doc. no. 16). The parties do not object to the recommendation to this extent.

(2) Plaintiff Coons's motion for summary judgment (doc. no. 16) is treated as a motion for default judgment.

(3) Plaintiff Coons's motion for default judgment (doc. no. 16) is denied.

This case is still pending as to defendants Dennis Meeks, Howard West, and Covington County's motion to dismiss (doc. no. 18).

DONE, this the 6th day of January, 2011.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE