IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STANLEY L. COONS, JR.,      )
                            )
     Plaintiff,             )
                            )
                            )      CIVIL ACTION NO.
     v.                     )        2:10cv132-MHT
                            )           (WO)
DENNIS MEEKS, Sheriff,      )
et al.,                     )
                            )
     Defendants.            )
```

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 26) is adopted as to defendant Covington County's motion to dismiss (doc. no. 18). The parties do not object to the recommendation to this extent.

(2) Defendant Covington County's motion to dismiss (doc. no. 18) is granted.

(3) Defendant Covington County and the claims against it are dismissed with prejudice.

This case is terminated as to defendant Covington County. This case is still pending as to defendants Dennis Meeks and Howard West's motion to dismiss (doc. no. 18).

DONE, this the 6th day of January, 2011.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE