IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STANLEY L. COONS, JR.,       )
                             )
      Plaintiff,             )
                             )      CIVIL ACTION NO.
      v.                     )        2:10cv132-MHT
                             )            (WO)
DENNIS MEEKS, Sheriff,       )
et al.,                      )
                             )
      Defendants.            )
```

ORDER

After an independent and de novo review of the
record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no.
26) is adopted as to defendants Dennis Meeks and
Howard West's motion to dismiss (doc. no. 18)
plaintiff Stanley L. Coons, Jr.'s federal and
state claims for false imprisonment.  The
parties do not object to the recommendation to
this extent.

(2) Defendants Meeks and West's motion to dismiss (doc. no. 18) is granted as to plaintiff Coons's federal and state claims for false imprisonment against them.

(3) Plaintiff Coons's federal and state claims for false imprisonment against defendants Meeks and West are dismissed with prejudice.

This case remains pending as to plaintiff Coons's only remaining claim, his federal medical-needs claim against defendants Meeks  and West.

DONE, this the 6th day of January, 2011.

  /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE