IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| STANLEY L. COONS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:10cv132-MHT |
| | ) | (WO) |
| DENNIS MEEKS, Sheriff, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

On March 15, 2011, this case was called before the magistrate judge for an on-the-record hearing. At this hearing, the plaintiff orally moved to dismiss all his remaining claims, and the parties also orally moved to withdraw their cross-motions for Rule 11 sanctions. The court holds, after listening to a tape recording of the hearing before the magistrate judge, that these motions should be granted. All other pending motions are moot.

An appropriate judgment will be entered.

DONE, this the 22nd day of March, 2011.

                      /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE