IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STANLEY L. COONS, JR.,      )
                            )
    Plaintiff,              )
                            )
    v.                      )   CIVIL ACTION NO.
                            )      2:10cv132-MHT
                            )          (WO)
DENNIS MEEKS, Sheriff,      )
et al.,                     )
                            )
    Defendants.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of this court as follows:

(1) The plaintiff's motion to dismiss, orally made in open court on March 15, 2011, is granted.

(2) The parties' motions to withdraw, orally made in open court on March 15, 2011, are granted.

(3) The motions for sanctions (doc. nos. 36 & 44) are withdrawn.

(4) All other pending motions are denied as moot.

(5) This case is dismissed in its entirety, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of March, 2011.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**